**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT STOMBERSKI,

        Plaintiff,

v.

                                       Case No. 13-11743
                                       Hon. Gerald E. Rosen
                                       Magistrate Judge Michael Hluchaniuk

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on         August 15, 2014         

PRESENT:  Honorable Gerald E. Rosen
                     Chief Judge, United States District Court

On June 27, 2014, Magistrate Judge Michael Hluchaniuk issued a Report and

Recommendation ("R & R") recommending that the Court deny Plaintiff Robert

Stomberski's motion for summary judgment and grant the Defendant Commissioner of

Social Security's motion for summary judgment.  No objections have been filed to the R

& R.[1]  Upon reviewing the R & R, the parties' underlying cross-motions for summary

judgment, and the record as a whole, the Court fully concurs in the analysis of the

_____

     [1]As noted by the Magistrate Judge, counsel for Plaintiff was permitted to withdraw from
representing Plaintiff following an April 17, 2014 hearing.  (*See* R & R at 1-2 n.1.)  Plaintiff has
not secured substitute counsel, whether before or after the Magistrate Judge issued the June 27,
2014 R & R.  Neither has Plaintiff filed objections to the R & R on his own behalf.

Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's

June 27, 2014 Report and Recommendation (docket #19) is ADOPTED as the opinion of

this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that

Plaintiff's July 28, 2013 motion for summary judgment (docket #8) is DENIED, and that

Defendant's October 30, 2013 motion for summary judgment (docket #13) is GRANTED.


s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  August 15, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or
counsel of record on August 15, 2014, by electronic and/or ordinary mail.


s/Julie Owens
Case Manager, (313) 234-5135